IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40715
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

KOREY JAWAIN JACKSON,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:01-CR-31-2
--------------------
December 4, 2002

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:*

        Korey Jackson appeals his convictions of conspiracy to commit robbery and robbery under the Hobbs Act, 18 U.S.C. § 1951. He argues that there was insufficient evidence that his offense affected interstate commerce and that applying the aggregation principle to prove the interstate commerce element of a Hobbs Act offense is unconstitutional.

_____

        * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The restaurant manager's testimony that the restaurant obtains supplies from businesses out of state and that the restaurant closed early was sufficient to satisfy the interstate commerce element of Jackson's Hobbs Act violation.  See United States v. Jennings, 195 F.3d 795, 800 (5th Cir. 1999); United States v. Hebert, 131 F.3d 514, 523-24 (5th Cir. 1997). Jackson's constitutional challenge to the application of the aggregation principle is without merit under current binding precedent of this court.  See United States v. Ferguson, 211 F.3d 878, 885 (5th Cir.); United States v. Robinson, 119 F.3d 1205, 1212 (5th Cir. 1997).

AFFIRMED.